THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY M. JOHNSON, et al., | CASE NO. C17-1779-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PROVIDENCE HEALTH & SERVICES, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to file their responsive pleading. (Dkt. No. 7). The parties ask the Court to establish a briefing schedule for a prospective motion to dismiss and to relieve Defendants from the deadline to file their answer to Plaintiffs' complaint. The Court does not find good cause to enter the parties' stipulated briefing schedule, which varies substantially from the timelines established in Local Civil Rule 7(d). The Court ORDERS that Defendants file their answer to Plaintiffs' complaint no later than April 3, 2018, which is the date of their status conference. This order does not preclude the parties from moving for relief from the above deadline.

//

MINUTE ORDER
C17-1779-JCC
PAGE - 1

1       DATED this 22nd day of December 2017.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C17-1779-JCC
PAGE - 2