THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY M. JOHNSON, *et al.*, | CASE NO. C17-1779-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PROVIDENCE HEALTH & SERVICES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule on Defendants' anticipated motion to dismiss. (Dkt. No. 12). Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 12). The briefing schedule for Defendants' anticipated motion to dismiss is as follows:

| Event | Filing Deadline |
|---|---|
| Defendants' Motion to Dismiss | January 29, 2018 |
| Plaintiffs' Response | February 23, 2018 |
| Defendants' Reply | March 2, 2018 |

Defendants' motion to dismiss shall be noted for the Court's consideration on March 2, 2018. Pursuant to the Court's previous order, Defendants shall file their answer to Plaintiffs'

MINUTE ORDER
C17-1779-JCC
PAGE - 1

complaint no later than April 3, 2018, which is the date of their status conference. This order does not preclude the parties from moving for relief from the above deadlines.

DATED this 26th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
