UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>Plaintiff,<br>v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendants to file an answer (Dkt. No. 20). The motion has been mooted by the Court's order addressing Defendants' motion to dismiss (Dkt. No. 21). Defendants shall file their answer no later than April 3, 2018. The Clerk is DIRECTED to terminate the parties' stipulated motion to extend the time for Defendants to file an answer (Dkt. No. 20).

//
//
//

1    DATED this 23rd day of March 2018.

2                                             William M. McCool
                                              Clerk of Court
3
                                              s/Tomas Hernandez
4                                             Deputy Clerk