THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>Plaintiff,<br>v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for filing a class certification motion and to establish a class certification briefing schedule (Dkt. No. 40). Finding good cause, the Court GRANTS the motion (Dkt. No. 40). The Court ENTERS the following class certification briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiff's Motion for Class Certification | September 26, 2018 |
| Defendants' Response to Class Certification | October 26, 2018 |
| Plaintiff's Reply | November 28, 2018 |

This order does not preclude either party from seeking an additional extension of time from the Court.

DATED this 24th day of March 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk