THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNY M. JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Service 403(b) Value Plan,<br><br>        Plaintiff,<br>   v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>        Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing deadlines for class certification (Dkt. No. 45). Finding good cause, the parties' stipulated motion (Dkt. No. 45) is GRANTED. Plaintiff's motion for class certification shall be filed no later than November 12, 2018. Defendant's response in opposition to Plaintiff's motion for class certification shall be filed no later than December 12, 2018. Plaintiff's reply to Defendant's response shall be filed no later than January 11, 2019. Plaintiff shall note its motion for class certification on January 11, 2019.

//

1       DATED this 18th day of September 2018.

2                                      William M. McCool
                                       Clerk of Court

                                     s/Tomas Hernandez
                                       Deputy Clerk

MINUTE ORDER
C17-1779-JCC
PAGE - 2