THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>Plaintiff,<br>v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay proceedings (Dkt. No. 47). The parties have reached an agreement in principle to settle the case and seek the Court's approval of a proposed class settlement. (*Id*. at 2.) The parties ask the Court to stay all case management deadlines for 60 days to allow them to finalize the proposed settlement. (*Id*.) Finding good cause, the Court STAYS all case management deadlines. Within 60 days of the issuance of this order, the parties shall file a motion for preliminary approval of a class settlement or seek an additional extension of time.

//

DATED this 7th day of November 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk