THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>    Plaintiff,<br> v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>    Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the current stay of proceedings (Dkt. No. 49). The Court previously stayed all pretrial deadlines for 60 days to allow the parties to finalize the terms of the class settlement. (Dkt. No. 48.) The parties ask the Court to stay all case management deadlines for an additional 21 days to allow them to finalize the proposed settlement. (*Id.*) Finding good cause, the Court STAYS all case management deadlines. By January 25, 2019, the parties shall file a motion for preliminary approval of a class settlement or seek an additional extension of time.

  //

MINUTE ORDER
C17-1779-JCC
PAGE - 1

1      DATED this 3rd day of January 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C17-1779-JCC
PAGE - 2