THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>                Plaintiff,<br>   v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>                Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file an overlength motion for preliminary approval of class action settlement (Dkt. No. 51). Finding good cause, the Court GRANTS the motion. Plaintiff may file a preliminary approval motion of up to 24 pages.

DATED this 23rd day of January 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk