THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNY JOHNSON, individually and on behalf of a class of persons similarly situated, and on behalf of the Providence Health & Services 403(b) Value Plan,<br><br>           Plaintiff,<br>   v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>           Defendants. | CASE NO. C17-1779-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for an extension of time to provide class notice (Dkt. No. 60). Finding good cause, the Court ENTERS the parties' stipulation as follows:

1. The Settlement Administrator shall send notice to the Class, as required by the Settlement Agreement and Paragraph 12 of the Preliminary Approval Order, no later than April 10, 2019; and

2. No other deadlines in the Preliminary Approval Order need to be adjusted; and

3. The scheduled date for the Fairness Hearing does not need to be adjusted.

MINUTE ORDER
C17-1779-JCC
PAGE - 1

| **Attorneys for Defendants** PROVIDENCE HEALTH & SERVICES AND PROVIDENCE HEALTH & SERVICES HUMAN RESOURCES COMMITTEE: | **Attorneys for Plaintiff** JENNY JOHNSON: |
|---|---|
| *s/ Medora A. Marisseau* <br> Medora A. Marisseau, WSBA # 23114 <br> KARR TUTTLE CAMPBELL <br> 701 Fifth Ave., Suite 3300 <br> Seattle, WA 98104 <br> Telephone: (206) 223-1313 <br> Facsimile: (206) 682-7100 <br> mmarisseau@karrtuttle.com <br><br> Brian D. Boyle (*pro hac vice*) <br> Meaghan VerGow (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, N.W. <br> Washington, D.C. 20006 <br> Telephone: (202) 383-5300 <br> Facsimile: (202) 383-5414 <br> bboyle@omm.com <br> mvergow@omm.com | *s/ Cliff Cantor* <br> Clifford A. Cantor, WSBA # 17893 <br> LAW OFFICES OF <br>   CLIFFORD A. CANTOR, P. C. <br> 627 208th Ave. SE <br> Sammamish, WA 98074-7033 <br> Telephone: (425) 868-7813 <br> cliff.cantor@outlook.com <br><br> Mark P. Kindall (*pro hac vice*) <br> Douglas P. Needham (*pro hac vice*) <br> IZARD KINDALL & RAABE LLP <br> 29 South Main Street, Suite 305 <br> West Hartford, CT 06107 <br> Telephone: (860) 493-6292 <br> Facsimile: (860) 493-6290 <br> mkindall@ikrlaw.com <br> dneedham@ikrlaw.com <br><br> Mark G. Boyko *(pro hac vice)* <br> Gregory Y. Porter *(pro hac vice)* <br> BAILEY & GLASSER LLP <br> 8012 Bonhomme Ave. Suite 300 <br> Clayton, MO 63105 <br> Telephone: (314) 863-5446 <br> Facsimile: (314) 863-5483 <br> gporter@baileyglasser.com <br> mboyko@baileyglasser.com <br><br> Mark K. Gyandoh *(pro hac vice)* <br> KESSLER TOPAZ MELTZER <br>   & CHECK, LLP <br> 280 King of Prussia Rd <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br> Facsimile: (610) 667-7056 <br> mgyandoh@htmc.com |

IT IS SO ORDERED.

MINUTE ORDER
C17-1779-JCC
PAGE - 2

DATED this 26th day of March 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk